UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO QUISQUINA TUY
(A# 205-718-216),

        Petitioner,

   v.

WARDEN OF THE GOLDEN STATE
ANNEX,

        Respondent.

No.  1:26-cv-1063 DC AC

ORDER

Petitioner, Ricardo Quisquina Tuy (A# 205-718-216), an immigration detainee, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2026, the court granted petitioner's motion to appoint counsel and set a briefing schedule.  ECF No. 6.  Counsel was identified and appointed.  ECF No. 8.  Respondent filed an answer.  ECF No. 12.  Petitioner did not file a reply.

On April 7, 2026, petitioner, through counsel, filed a notice of motion and motion to withdraw petition for writ of habeas corpus.  ECF No. 13.  The motion states that petitioner no longer wants to proceed with this petition and asks the court to grant petitioner's motion to withdraw his petition without prejudice.  Id.

IT IS HEREBY ORDERED that petitioner's motion to withdraw his petition without

1

prejudice (ECF No. 13) is construed as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and is GRANTED.  The petition for writ of habeas corpus (ECF No. 1) is dismissed without prejudice.  The Clerk of the Court is directed to close this case.

DATED: April 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2